UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ALBERT M. LAPOINTE,

                        Plaintiff,

   -against-                                     1:16-CV-1441 (LEK/CFH)

DAVID ELLIS, *et al.*,

                        Defendants.

## ORDER

    This matter comes before the Court following a report-recommendation filed on July 10, 2017, by the Honorable Christian F, Hummel, U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3. Dkt. No. 17 ("Report-Recommendation").

    Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b); L.R. 72.1(c). If no objections are made, or if an objection is general, conclusory, perfunctory, or a mere reiteration of an argument made to the magistrate judge, a district court need review that aspect of a report-recommendation only for clear error. Barnes v. Prack, No. 11-CV-857, 2013 WL 1121353, at *1 (N.D.N.Y. Mar. 18, 2013); Farid v. Bouey, 554 F. Supp. 2d 301, 306–07, 306 n.2 (N.D.N.Y. 2008); see also Machicote v. Ercole, No. 06-CV-13320, 2011 WL 3809920, at *2 (S.D.N.Y. Aug. 25, 2011) ("[E]ven a pro se party's objections to a Report and Recommendation must be specific and clearly aimed at particular findings in the magistrate's proposal, such that no party be allowed a second bite at the apple by simply relitigating a prior argument."). "A [district] judge . . . may

accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b).

No objections were filed in the allotted time period. Docket. Thus, the Court has reviewed the Report-Recommendation for clear error and has found none.

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 17) is **APPROVED and ADOPTED in its entirety**; and it is further

**ORDERED**, that Plaintiff's amended complaint (Dkt. No. 8) is **DISMISSED with prejudice**, except that Plaintiff's claims under the New York Human Rights Law, N.Y. Exec. L. § 290 *et seq.*, against Ellis are dismissed without prejudice to Plaintiff bringing these claims in state court for non-monetary damages; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

DATED:	August 31, 2017
	Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge